UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHELLE ANN PIETY, | Civil No. 3:12-CV-05911-KLS |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN , Acting Commissioner of Social Security[1], | |
| Defendant. | |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge will be instructed to: (1) further evaluate the medical records, including but not limited to the treatment records of Ms. Burgett; (2) further evaluate the credibility of Plaintiff's allegations; (3) further evaluate Plaintiff's residual functional capacity and in doing so, further evaluate the opinion of Ms. Burgett; and (4) secure supplemental evidence from a vocational expert.  Upon proper presentation, the Court will consider Plaintiff's application for attorney fees under the Equal Access to Justice Act and 406(b), if appropriate.

DATED this 21st. day of March, 2013.

Karen L. Strombom
United States Magistrate Judge

_____
[1]On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration.  Therefore, under Federal Rule of Civil Procedure 25(d)(1), Carolyn W. Colvin is substituted for Commissioner Michael J. Astrue as the Defendant in this suit.  **The Clerk of Court is directed to update the docket accordingly.**

Page 1      ORDER - [3:12-CV-05911-KLS]

1

2 Presented by:

3 s/ L. Jamala Edwards
L. JAMALA EDWARDS
4 Special Assistant U.S. Attorney
Office of the General Counsel
5 Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
6 Seattle, WA 98104-7075
Telephone:  (206) 615-3749
7 Fax:  (206) 615-2531
jamala.edwards@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 2        ORDER - [3:12-CV-05911-KLS]